# EXHIBIT A – 1

12/8/2014 1:44:29 PM
JOHN D. KINARD
District Clerk
~~Galveston County, Texas~~

## CITATION

### THE STATE OF TEXAS

DANIEL WAYNE EDWARDS VS. MAGICAL CRUISE COMPANY, LIMITED D/B/A DISNEY CRUISE LINES, ET AL

Cause No.: 14-CV-1251

10th District Court of Galveston County

TO:  Daniel Edwards Arrington
2710 N Florida Ave
Lakeland FL 33805-2248

GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you.

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the 10th District Court of Galveston County sitting in Galveston, Texas, and the Original Petition - OCA was filed November 26, 2014. It bears cause number 14-CV-1251 and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, on this the 1st day of December, 2014.

Issued at the request of:
Richard L Lagarde
LaGarde Law Firm PC
3000 Weslayan Street Suite 380
Houston TX 77027



John D. Kinard, District Clerk
Galveston County, Texas

By: *Rolande Kain*
Rolande Kain, Deputy

SEE ATTACHED FORM
*NOTE: Status Conference set: 02/19/2015 at 9:00 AM*

### OFFICER/AUTHORIZED RETURN

Came to hand on the __2__ day of __DECEMBER__, 20__14__ at __4:06__ o'clock __P__. M. and executed at __2710 N. FLORIDA AVE, Lakeland FL 33805-2248__ in __POLK__ County, ~~Texas~~, on __FLORIDA__ the __3__ day of __DECEMBER__ 20__14__ at __7 28__ o'clock __p__ m, by delivering to __Daniel Edwards Arrington__ in person a true copy of this Citation together with the accompanying ___ copy(ies) of the Original Petition - OCA attached thereto and I endorsed on said copy of the Citation the date of delivery. To certify which I affix my hand officially this the ___ day of _____, 20___.

Fee-Serving: _____

Amount: _____

_[signature]_
Sheriff/Constable  PROCESS SERVER
__POLK__ County, ~~Texas~~ FLORIDA

BY: _____
Authorized Person/Deputy Signature

On this day personally appeared __Susan Upthegrove__, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

Sworn to and subscribed before me, on this __4th__ day of __December__ 20 __14__

_[signature]_
Notary Public

BRENT FERGUSON
Notary Public - State of Florida
My Comm. Expires Jan 31, 2015
Commission # EE 60277

12/15/2014 12:42:49 PM
JOHN D. KINARD
District Clerk
Galveston County, Texas

## CITATION
### THE STATE OF TEXAS

DANIEL WAYNE EDWARDS VS. MAGICAL CRUISE COMPANY, LIMITED D/B/A DISNEY CRUISE LINES, ET AL

Cause No.: 14-CV-1251
10th District Court of Galveston County

TO:   Magical Cruise Company Limited d/b/a Disney Cruise Lines
C/O Registered Agent, Corporation Service Company d/b/a CSC – Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, Texas 78701-3218

> GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you.

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **10th District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed **November 26, 2014**. It bears cause number **14-CV-1251** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 1st day of December, 2014.**

Issued at the request of:
Richard L Lagarde
LaGarde Law Firm PC
3000 Weslayan Street Suite 380
Houston TX 77027



**John D. Kinard**, District Clerk
Galveston County, Texas

By: _Rolande Kain_
Rolande Kain, Deputy

SEE ATTACHED FORM
*NOTE: Status Conference set: 02/19/2015 at 9:00 AM*

---

### OFFICER/AUTHORIZED RETURN

Came to hand on the __9__ day of __December__, 20__14__ at __12/9__ o'clock __P__. M. and executed at_____
_____ in _____ County, Texas, on the _____ day of _____, 20___ at _____ o'clock ___m, by delivering to_____, in person a true copy of this Citation together with the accompanying _____ copy(ies) of the Original Petition - OCA attached thereto and I endorsed on said copy of the Citation the date of delivery. To certify which I affix my hand officially this the _____ day of _____, 20___.

**See Attached Affidavit**

Fee-Serving: _____

Amount: _____

_____ Sheriff/Constable
_____ County, Texas

BY: _____
Authorized Person/Deputy Signature

On this day personally appeared _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

Sworn to and subscribed before me, on this _____ day of _____ 20 _____

_____
Notary Public

CAUSE NO. 14-CV-1251

| | | |
|---|---|---|
| DANIEL WAYNE EDWARDS | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | |
| | § | |
| MAGICAL CRUISE COMPANY | § | |
| LIMITED D/B/A DISNEY CRUISE | § | GALVESTON COUNTY, TEXAS |
| LINES, GRS LOGISTICS, INC., | § | |
| DANIEL EDWARDS ARRINGTON, | § | |
| AND CHRIS LARGE | § | 10TH JUDICIAL DISTRICT |

### AFFIDAVIT OF SERVICE

Came to hand: December 9, 2014, at 12:19 p.m.

Delivered to: Magical Cruise Company Limited d/b/a Disney Cruise Lines, by serving to its registered agent, Corporation Service Company (D/B/A CSC- Lawyers Incorporating Service Company), in person, at:

Address of delivery: 211 E. 7th Street, Suite 620
Austin, Travis County, Texas 78701

Date/time of delivery: December 9, 2014, at 12:55 p.m.

Documents delivered: A true and correct copy of this *CITATION*, after endorsing the date of delivery thereon, with a copy of each of the following attached thereto:
- Plaintiffs' Original Petition -

Person delivered to: Kelly Courtney- Authorized Acceptance Agent for Corporation Service Company d/b/a CSC- Lawyers Incorporating Service Company

I am over the age of eighteen (18) years, have never been convicted of a felony or a crime of moral turpitude, and no charge of a felony or a crime of moral turpitude is pending against me. I am not party to or interested in the outcome of this case, and am authorized by law, by the Supreme Court of Texas, or by written order of the Court to deliver citations and other notices, and am able to perform this service of process correctly pursuant to TRCP 103, 106, 107 and 536a. I am of sound mind and competent to make this oath. I swear that the facts contained in this Affidavit are true and correct and are within my personal knowledge.

Juanita Aleman  *Authorized Person – SCH-2133*
*Expiration of Certification: 7-31-15*

**STATE OF TEXAS**
**COUNTY OF WILLIAMSON**

Before me, a notary public, on this day personally appeared *Juanita Aleman,* known to me to be the person whose name is subscribed to the foregoing document. After being duly sworn by me, declared that the facts contained in this affidavit are true and correct.

*SUBSCRIBED AND SWORN TO BEFORE* me on this the 12th day of December, 2014.

Notary Public, State of Texas

TRAVIS WYATT
Notary Public, State of Texas
My Commission Expires
February 06, 2017

Service Fee: $ per invoice

12/15/2014 12:42:49 PM
JOHN D. KINARD
~~District Clerk~~
Galveston County, Texas

## CITATION

### THE STATE OF TEXAS

DANIEL WAYNE EDWARDS VS. MAGICAL CRUISE COMPANY, LIMITED D/B/A DISNEY CRUISE LINES, ET AL

Cause No.: 14-CV-1251
10th District Court of Galveston County

TO:   GRS Logistics Inc
      Registered Agent Ronnie Culpepper
      885 Meadowlark Ct SE
      Winter Haven FL 33884

> GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you.

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **10th District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed **November 26, 2014**. It bears cause number 14-CV-1251 and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, on this the 1st day of December, 2014.

Issued at the request of:
Richard L Lagarde
LaGarde Law Firm PC
3000 Weslayan Street Suite 380
Houston TX 77027



John D. Kinard, District Clerk
Galveston County, Texas

By: *Rolande Kain*
Rolande Kain, Deputy

SEE ATTACHED FORM
*NOTE: Status Conference set: 02/19/2015 at 9:00 AM*

---

OFFICER/AUTHORIZED RETURN

Came to hand on the __9__ day of __December__, 20__14__ at __12:19__ o'clock __P__. M. and executed at _____ in _____ County, Texas, on the ___ day of _____, 20__ at ___ o'clock __m, by delivering to _____, in person a true copy of this Citation together with the accompanying ___ copy(ies) of the Original Petition - OCA attached thereto and I endorsed on said copy of the Citation the date of delivery. To certify which I affix my hand officially this the ___ day of _____, 20___.

Fee-Serving: _____

Amount: _____

**See Attached Affidavit**

_____ Sheriff/Constable
_____ County, Texas
BY: _____
Authorized Person/Deputy Signature

On this day personally appeared _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

Sworn to and subscribed before me, on this _____ day of _____ 20 _____

_____
Notary Public

CAUSE NO. 14-CV-1251

| | | |
|---|---|---|
| DANIEL WAYNE EDWARDS | § § § | IN THE DISTRICT COURT OF |
| v. | § § | |
| MAGICAL CRUISE COMPANY LIMITED D/B/A DISNEY CRUISE LINES, GRS LOGISTICS, INC., DANIEL EDWARDS ARRINGTON, AND CHRIS LARGE | § § § § § | GALVESTON COUNTY, TEXAS 10TH JUDICIAL DISTRICT |

## AFFIDAVIT OF SERVICE

Came to hand:            December 9, 2014 at 12:19 p.m.

Delivered to:            GRS Logistics Inc, Registered agent Ronnie Culpper, by delivering to its registered agent, Secretary of State, in person, at:

Address of delivery:     1019 Brazos Street
                         Austin, Travis County, Texas 78701

Date/time of delivery:   December 9, 2014 at 12:55 p.m.

Documents delivered:     A true and correct copy of this *CITATION*, after endorsing the date of delivery thereon, with a copy of each of the following attached thereto:
                         - Plaintiff's Original Petition -

Person delivered to:     Michael Orta- Authorized Acceptance Agent for Secretary of State

I am over the age of eighteen (18) years, have never been convicted of a felony or a crime of moral turpitude, and no charge of a felony or a crime of moral turpitude is pending against me. I am not party to or interested in the outcome of this case, and am authorized by law, by the Supreme Court of Texas, or by written order of the Court to deliver citations and other notices, and am able to perform this delivery of process correctly pursuant to TRCP 103, 106, 107 and 536a. I am of sound mind and competent to make this oath. I swear that the facts contained in this Affidavit are true and correct and are within my personal knowledge.

Juanita Aleman — *Authorized Person – SCH-2133, EXP. 7-31-15*

STATE OF TEXAS
COUNTY OF WILLIAMSON

Before me, a notary public, on this day personally appeared *Juanita Aleman,* known to me to be the person whose name is subscribed to the foregoing document. After being duly sworn by me, declared that the facts contained in this affidavit are true and correct.

SUBSCRIBED AND SWORN TO BEFORE me on this the 12th day of December 20124

Notary Public, State of Texas

TRAVIS WYATT
Notary Public, State of Texas
My Commission Expires
February 06, 2017

Service Fee: *per invoice*

1/5/2015 12:46:03 PM
JOHN D. KINARD
District Clerk
Galveston County, Texas



# The State of Texas
## Secretary of State

2015-247736-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition in the cause styled:

> Daniel Wayne Edwards VS Magical Cruise Company Limited D/B/A Disney Cruise Lines, et al
> 10th Judicial District Court of Galveston County, Texas
> Cause No: 14CV1251

was received by this office on December 9, 2014, and that a copy was forwarded on December 17, 2014, by CERTIFIED MAIL, return receipt requested to:

> GRS Logistics, Inc.
> Ronnie Culpepper, Registered Agent
> 885 Meadowlark Ct. E
> Winter Haven, FL 33884

The RETURN RECEIPT was received in this office dated December 22, 2014, bearing signature.



Date issued: December 29, 2014

*Nandita Berry*

Nandita Berry
Secretary of State

GF/mo

## AFFIDAVIT OF SERVICE

State of Texas     County of Galveston     District Court

Case Number: 14-CV-1251

Plaintiff:
DANIEL WAYNE EDWARDS

vs.

Defendant:
MAGICAL CRUISE COMPANY, LIMITED d/b/a DISNEY CRUISE LINES, GRS LOGISTICS, INC., DANIEL EDWARDS ARRINGTON, CRISPIAN LARGE, AND HEMANT J. KINALKER

CFL2014017986

For:
Richard L. LaGarde
LaGarde Law Firm, P.C.
3000 Weslayan Street
Suite 380
Houston, TX 77027

Received by ProServe USA 1 on the 19th day of December, 2014 at 2:17 pm to be served on **Hermant J. Kinalker, Magic Cruise Company, 1375 Buena Vista Drive 4th Floor North, Lake Buena Vista, Orange County, FL 32830**.

I, Philip Dennington, being duly sworn, depose and say that on the **29th day of December, 2014 at 10:15 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **Citation and Plaintiff's First Amended Petition** with the date and hour of service endorsed thereon by me, to: **Jennifer Ortiz as Paralegal**, a person employed therein and stated as authorized to accept service for **Hermant J. Kinalker** at the address of: **Magic Cruise Company, 1375 Buena Vista Drive 4th Floor North, Lake Buena Vista, Orange County, FL 32830**, the within named person's usual place of employment, in compliance with State Statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'3", Weight: 140, Hair: Blonde, Glasses: Y

I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 29th day of December, 2014 by the affiant who is personally known to me.

NOTARY PUBLIC

REBEKKAH HUBERTY
MY COMMISSION # FF 123190
EXPIRES: August 16, 2018
Bonded Thru Notary Public Underwriters

Philip Dennington
#T003

ProServe USA 1
501 N. Magnolia Ave.
Orlando, FL 32801
(407) 872-0707

Our Job Serial Number: CFL-2014017986

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r