United States District Court
Southern District of Texas
**ENTERED**
October 28, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DANIEL WAYNE EDWARDS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-003 |
| | § | |
| MAGICAL CRUISE COMPANY | § | |
| LIMITED D/B/A DISNEY CRUISE LINE, | § | |
| *et al*, | § | |
| | § | |
| Defendants. | | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Pending before the Court is the Report and Recommendation of United States Magistrate Judge John Froeschner. On August 25, 2016, this case was referred to Judge Froeschner pursuant to 28 U.S.C. § 636(b)(1)(B). Pending before Judge Froeschner were Defendant's Motion for Summary Judgment (Dkt. 49) and Plaintiff's Response (Dkt. 51), and Defendant's Reply (Dkt. 52).

On October 6, 2016, Judge Froeschner filed a Report and Recommendation recommending that Defendant's Motion for Summary Judgment be denied. (Dkt. 87). No objections have been filed to the Report and Recommendation. Accordingly, the Court reviews the Report and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED** that:

(1) Judge Froeschner's Report and Recommendation is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant's Motion for Summary Judgment is **DENIED**.

SIGNED at Galveston, Texas, this 28th day of October, 2016.

_____
George C. Hanks Jr.
United States District Judge