IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **DANIEL WAYNE EDWARDS** | § § § | |
| **V.** | § § | |
| **MAGICAL CRUISE COMPANY LIMITED D/B/A DISNEY CRUISE LINE, GRS LOGISTICS, INC., DANIEL EDWARDS ARRINGTON** | § § § § § § | **CIVIL ACTION NO. 3:15-CV-3** |

## SATISFACTION OF JUDGMENT

1. On the 24th day of February 2017, the Court rendered judgment against Defendant Magical Cruise Company Limited d/b/a Disney Cruise Line in the amount of $168,087.68 plus post judgment interest.

2. The said judgment has now been satisfied.

3. Accordingly, Daniel Wayne Edwards, and his undersigned counsel, hereby acknowledge satisfaction of the judgment and do hereby release from said judgment Defendant Magical Cruise Company Limited d/b/a Disney Cruise Line.

                                                  Respectfully submitted,

                                                  THE NIELSEN LAW FIRM, P.C.

                                                  By: _____
                                                      Eric D. Nielsen
                                                      State Bar No. 15021625
                                                      Federal I.D.: 806
                                                      9800 Northwest Freeway, Suite 314
                                                      Houston, Texas 77092
                                                      Telephone: (713) 524-4800
                                                      Facsimile:  (713) 587-9443
**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

**CERTIFICTE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record pursuant to Rule 5 of the Federal Rules of Civil Procedure on this the __21st__ day of June, 2017.

_/s/ Eric D. Nielsen_
_____
Eric D. Nielsen